**Order entered December 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01283-CV

**WHOA USA, INC., Appellant**

**V.**

**REGAN PROPERTIES, LLC, Appellee**

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-04211-2011**

## ORDER

Before the Court is court reporter Indu Bailey's November 30, 2016 request for an extension of time to file the reporter's record. Ms. Bailey's request is **GRANTE**D. The reporter's record shall be filed by **January 17, 2017**.

/s/    CRAIG STODDART
        JUSTICE